# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156373 & (31)

ATTORNEY GENERAL FOR THE STATE
OF MICHIGAN ex rel DEPARTMENT OF
NATURAL RESOURCES, NATURAL
RESOURCES COMMISSION, and WATER
RESOURCES COMMISSION,
   Plaintiffs-Appellees,

and

CITY OF ANN ARBOR, WASHTENAW
COUNTY, WASHTENAW COUNTY
HEALTH DEPARTMENT, WASHTENAW
COUNTY HEALTH OFFICER, HURON
RIVER WATERSHED COUNCIL, and
SCIO TOWNSHIP,
   Intervenors-Plaintiffs-Appellees,

v

GELMAN SCIENCES, INC.,
   Defendant-Appellant.

_____/

SC: 156373
COA: 337818
Washtenaw CC: 88-034734-CE

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 14, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2018



Clerk

d1023